IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD FOSTER, TERESA ANN FOSTER, and Does 1-50, inclusive,<br><br>    Defendants.<br>_____ / | No. 2:11-cv-00511-MCE-DAD PS<br><br><br><br>ORDER |

        Tanya Jackson, who is proceeding pro se as a tenant residing in the property at issue in the above-entitled unlawful detainer action, filed a notice of removal along with an application for leave to in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On May 11, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 11, 2011 (ECF No. 3) are ADOPTED in full;

2. Defendant Jackson's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

3. This action is summarily REMANDED to the Superior Court of California, County of Nevada; and

4. The Clerk of the Court is directed to close this case.

Dated: June 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE